# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAREN VALDIZ WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO.   19-11286-WBV** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION "D" (3)** |

## ORDER

The Court, having considered the Complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute under Federal Rule of Civil Procedure 41(b), and for failure to comply with this Court's orders.

New Orleans, Louisiana, September 14, 2020.

_____
**WENDY B. VITTER**
**United States District Judge**